```
                          United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                      Case No. 13-51485-amk
Susan Dudiwka                                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-5          User: spete              Page 1 of 1            Date Rcvd: Aug 21, 2018
                              Form ID: pdf826          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db             Susan Dudiwka,    PO Box 511,    Green, OH  44232-0511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2018 22:54:28
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              Brian Jacob Dilks    cmecf@dilksknopik.com, dilksknopik@ecf.courtdrive.com
              David A. Mucklow     on behalf of Defendant   4235 Massillon Road, LLC davidamucklow@yahoo.com
              David A. Mucklow     on behalf of Defendant Mark J. Buzek davidamucklow@yahoo.com
              Marc P. Gertz    mpgertz@goldman-rosen.com, debm@goldman-rosen.com;mgertz@iq7technology.com
              Peter G. Tsarnas    on behalf of Trustee Marc P. Gertz ptsarnas@goldman-rosen.com,
               tsarnasp@hotmail.com;debm@goldman-rosen.com
              Peter G. Tsarnas    on behalf of Plaintiff Marc P. Gertz ptsarnas@goldman-rosen.com,
               tsarnasp@hotmail.com;debm@goldman-rosen.com
              William M Sremack   on behalf of Debtor Susan  Dudiwka bill@sremacklaw.com
                                                                                              TOTAL: 7

**This document was signed electronically on August 19, 2018, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: August 19, 2018**



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | CASE NO: 13-51485 |
| Susan Dudiwka, | CHAPTER 7 PROCEEDING |
| | JUDGE ALAN M. KOSCHIK |
| Debtor(s) | **ORDER OF FINAL ALLOWANCE** |

The trustee, Marc P. Gertz, filed a Trustee's Application for Fees and Expenses on April 4, 2018 and Trustee's Final Report and Account and proposed Notice on April 9, 2018 indicating:

RECEIPTS: $5,000.00   DISBURSEMENTS: $3,048.00   BALANCE: $1,952.00

The trustee is requesting $866.75 as statutory fees and expenses of $22.58.

A representative of the office of the United States Trustee indicated by signature that the trustee's final report was reviewed and no comments or objections were made thereto. Notice of the final report and application for compensation was given to all creditors and the United States Trustee as required by law. In addition, the court has reviewed the application and finds that the fees and expenses requested should be allowed:

**THEREFORE, IT IS THE ORDER OF THIS COURT** that the following fees and expenses be paid by the trustee from the estate:

| | |
|---|---|
| TRUSTEE FEES (Marc P. Gertz): | $866.75 |
| TRUSTEE EXPENSES: | $ 22.58 |
| ADVERSARY PROCEEDING (15-5117): | $350.00 |

IT IS FURTHER ORDERED that the above fees and expenses shall be paid in accordance to the trustee's proposed report of distribution and all canceled checks shall be submitted to the U.S. Trustee within ninety days of the filing of the final distribution. Any unclaimed dividends shall be remitted to the clerk of courts for safekeeping on the 60th day after the filing of the final distribution.

###

cc: Trustee
US Trustee